IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEMETRIA SANDERS | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| KROGER TEXAS, LP and | § | |
| M.C. of T., Inc., d/b/a OMEGA | § | JURY DEMANDED |
| Defendants. | § | |

**INDEX OF ATTACHMENTS TO NOTICE OF REMOVAL**

| **Exhibit** | **Pages** | **Document** |
|---|---|---|
| A | 1-8 | Plaintiff's Responses and Objections to Defendant Kroger Texas LP's Request for Admissions |
| B | 9-12 | Certified copy of the state court docket sheet |
| C | 13-35 | Plaintiff's Original Petition (filed January 9. 2013) and Service of Process |
| D | 36 - 44 | Defendant Kroger Texas, LP's Original Answer (filed February 1, 2013) |
| E | 45 - 48 | Defendant M.C. of T. Inc.'s Original Answer (filed February 7, 2013) |
| F | 49 - 54 | Plaintiff's Amended Petition (filed March 25, 2013) |
| G | 55 - 56 | Civil Cover Sheet |
| H | 57 - 59 | Case Information |