# EXHIBIT B

Exhibit B

9

# DISTRICT COURT
## DOCKET SHEET
### CASE NO. 366-00081-2013

| | |
|---|---|
| Demetria Sanders Vs. Kroger Texas, LP, M.C. of T., Inc. | Location: **366th District Court**<br>Judicial Officer: **Wheless, Ray**<br>Filed on: **01/09/2013** |

---

### CASE INFORMATION

Case Type: **Other Injury or Damage**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number  366-00081-2013<br>Court  366th District Court<br>Date Assigned  01/09/2013<br>Judicial Officer  Wheless, Ray |

---

### PARTY INFORMATION

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | Sanders, Demetria | **Wickes, Paul**<br>*Retained*<br>972-265-7981(W) |
| **Defendant** | Kroger Texas, LP | **Turner, Todd**<br>*Retained*<br>214-999-0550(W) |
| | M.C. of T., Inc. | **Shelton, W. Barry**<br>*Retained*<br>281-877-3965(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 01/09/2013 | Plaintiff's Original Petition (OCA) $258.00<br>Party: Plaintiff Sanders, Demetria | |
| 01/09/2013 | Request for Citation $8.00<br>Party: Plaintiff Sanders, Demetria | |
| 01/10/2013 | Citation | |
| | Kroger Texas, LP | issued |
| | M.C. of T., Inc. | issued |
| 02/01/2013 | Original Answer<br>Party: Defendant Kroger Texas, LP | |
| 02/07/2013 | Original Answer<br>Party: Attorney Shelton, W. Barry; Defendant M.C. of T., Inc. | |
| 02/28/2013 | Correspondence | |
| 03/25/2013 | Amended Petition<br>*Plaintiff's First Amended Petition* | |



# DOCKET SHEET
## CASE NO. 366-00081-2013

| Date | | |
|---|---|---|
| 03/27/2013 | *CANCELED* Motion Hearing<br>*Special Exceptions* | |
| 08/12/2013 | Dismissal for Want of Prosecution (Judicial Officer: Wheless, Ray) | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Attorney** Wickes, Paul | |
| | Total Charges | 5.00 |
| | Total Payments and Credits | 5.00 |
| | Balance Due as of 3/27/2013 | 0.00 |
| | **Defendant** M.C. of T., Inc. | |
| | Total Charges | 8.00 |
| | Total Payments and Credits | 8.00 |
| | Balance Due as of 3/27/2013 | 0.00 |
| | **Plaintiff** Sanders, Demetria | |
| | Total Charges | 319.00 |
| | Total Payments and Credits | 319.00 |
| | Balance Due as of 3/27/2013 | 0.00 |



11



STATE OF TEXAS )
COUNTY OF COLLIN )

I, Andrea Stroh Thompson, District Clerk in and for Collin County Texas, do hereby certify that the above foregoing is a true and correct copy of the original document as the same appears on the file in the District Court, Collin County, Texas. Witness my hand and seal of said Court, this the 21 day of Mar A.D., 20 13.

ANDREA STROH THOMPSON, DISTRICT CLERK
COLLIN COUNTY, TEXAS

_____ DEPUTY