**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEMETRIA SANDERS, | § | |
| *Plaintiff,* | § § § | |
| V. | § § | CASE NO. 4:13cv183<br>Judge Clark/Judge Mazzant |
| KROGER TEXAS, LP and M.C. OF T, INC., D/B/A OMEGA, | § § § | |
| *Defendants,* | § § | |
| V. | § § | |
| ACOSTA, INC., | § § | |
| *Third-Party Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Motion to Dismiss [Doc. #19]. In the motion, the parties move for dismissal of all claims, with prejudice.

It is **ORDERED** that the Joint Motion to Dismiss [Doc. #19] is GRANTED. The court further **ORDERS** that Plaintiff's claims against Defendants Kroger Texas, LP and M.C. of T., Inc. d/b/a Omega, and Defendant Kroger Texas, LP's claims against Third-Party Defendant Acosta, Inc. be dismissed with prejudice against the refiling of same. Each party shall pay their own court costs.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **17** day of **September, 2013.**

_____
Ron Clark, United States District Judge